UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | Civil No. 1:11-CV-1832 |
| **Plaintiff** | : | |
| | : | **(Chief Judge Kane)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **POWLEY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On March 19, 2012, Defendants filed a motion to dismiss Plaintiff Dawn Marie Ball's complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. (Doc. No. 59.) Magistrate Judge Martin Carlson issued a Report and Recommendation on June 5, 2012, in which he recommended that this Court grant the motion to dismiss. (Doc. No. 74.) Plaintiff was directed to file any objections to the Report and Recommendation on or before June 22, 2012. (Id.) To date, Plaintiff has failed to raise any objections to the Report and Recommendation. The Court has reviewed Magistrate Judge Carlson's Report and Recommendation and detects no error therein.

**ACCORDINGLY**, on this 28th day of June 2012, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 74) is **ADOPTED** and Defendants' motion to dismiss (Doc. No. 59) is **GRANTED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint within twenty days of the date of this order. If Plaintiff fails to submit an amended complaint within the time specified the Clerk of Court will be directed to close the case. In the event that Plaintiff does file an amended complaint, such complaint will be referred to Magistrate Judge Martin Carlson for the purposes of pretrial management and the issuance of

any Reports and Recommendations that may be necessary.

                                      S/ Yvette Kane
                                      Yvette Kane, Chief Judge
                                      United States District Court
                                      Middle District of Pennsylvania